[No. 10025-1-III.   Division Three.   November 13, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. PASCUAL R. FARIAS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88-1-02001-4, F. James Gavin, J., entered May 12, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Green, J.

[No. 12412-2-II.   Division Two.   November 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN E. HORN, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-1-00140-3, Terence Hanley, J., entered November 7, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 12987-6-II.   Division Two.   November 15, 1990.]

KITSAP COUNTY, *Respondent,* v. WILLIAM SESKO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84-2-00751-8, James I. Maddock, J., entered May 5, 1989. *Remanded* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Worswick, J.